IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS PICOZZI,
    Plaintiff,

v.

GUY PEIAGELEE & SONS, *et al.*,
    Defendants.

CIVIL ACTION NO. 18-CV-2032

## ORDER

AND NOW, this 17th day of May, 2018, upon consideration of Plaintiff Thomas Picozzi's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Picozzi's Complaint is **DISMISSED with prejudice** in accordance with the Court's Memorandum. Picozzi may not file an amended complaint in this case.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.